UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BARBARA BATES, <u>et</u> <u>al.</u>, | ) ) ) | Civil Action No. 04-2116 (RBW) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| NORTHWESTERN HUMAN SERVICES, INC., <u>et</u> <u>al.</u>, | ) ) ) | |
| Defendants. | ) ) ) | |

**ORDER**

In accordance with the Memorandum Opinion that accompanies this Order, it is hereby

**ORDERED** that the defendants' motion for partial dismissal of the plaintiffs' complaint for failure to state a claim upon which relief can be granted is GRANTED IN PART and DENIED IN PART.  It is further

**ORDERED** that the plaintiffs' motion for class certification is denied without prejudice.  It is further

**ORDERED** that the plaintiffs' RICO and Section 1983 claims are dismissed without prejudice.  The Court grants the plaintiffs leave to amend their complaint to assert these claims with greater particularity and in accordance with the Memorandum Opinion, if it is possible to do so.  The plaintiffs shall notify the Court by January 5, 2007, whether they intend to amend their complaint in this respect.  If the plaintiffs do intend to amend their complaint, the amended complaint shall be filed by February 5, 2007.  It is further

**ORDERED** that the plaintiffs' claims under 42 U.S.C. §§ 405 and 1383 (2000) are dismissed with prejudice.  It is further

**ORDERED** that the defendants' motion to dismiss the plaintiffs' claim for money had and received and the plaintiffs' requests for an accounting and for punitive damages is DENIED.

**SO ORDERED** this 11th day of December, 2006.

REGGIE B. WALTON
United States District Judge